UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARCUS INGRAM, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:19-cv-00632-TWT |
| ROSWELL FOOD MART ENT INC.<br>A Domestic Corporation | : |
| Defendant. | : |
| _____/ | |

## STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram and Defendant Roswell Food Mart Ent Inc., submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 6th day of June 2019.

/s/ Pete M. Monismith                            /s/ Timothy S. Walls

| | |
|---|---|
| Pete M. Monismith, Esq.<br>GA Bar 941228<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Timothy S. Walls<br>GA Bar 735030<br>1550 North Brown Road<br>Suite 130<br>Lawrenceville, GA 30043<br>tim@millshoopeslaw.com<br>**Attorneys for Defendant** |